

**MEMO ENDORSED**

U.S. Department of Justice

Antitrust Division

*Washington Criminal II*

*450 5th Street NW*  202/598-4000
*Suite 11-300*
*Washington, DC 20001*  FAX 202/598-2428

December 10, 2019

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/11/2019
```

Re:  *United States v. Peter Volino*, 19-cr-814

Dear Judge Caproni:

The government and defense counsel write jointly to request that the Court schedule a sentencing hearing for defendant Peter Volino, who was arraigned and entered a guilty plea before Judge Carter on November 14, 2019. We understand Mr. Volino's case has since been reassigned to your Honor for sentencing. We jointly request that, if convenient for the Court, the sentencing hearing be scheduled for the week of March 16, 2020.

Respectfully submitted,

/s/ Christina Brown                    /s/ Edward Kim
Christina Brown                         Edward Kim
Antitrust Division                      Krieger Kim & Lewin LLP
United States Department of Justice     Counsel for Peter Volino

Application GRANTED.  Sentencing is scheduled for **March 17, 2020, at 2:00 p.m.**  Sentencing submissions from both sides are due no later than **March 3, 2020**.
SO ORDERED.

*[signature]* 12/10/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE