

**U.S. Department of Justice**

Antitrust Division

---

*Washington Criminal II*

*450 5th Street NW*  *202/598-4000*
*Suite 11-300*
*Washington, DC 20001*  *FAX 202/598-2428*

March 30, 2020

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

      Re:   *United States v. Peter Volino*, 19-cr-814

Dear Judge Caproni:

      The government and defense counsel write jointly to request that the Court postpone the sentencing hearing for defendant Peter Volino, which is currently set for April 16, 2020 at 2:00 p.m., in light of the COVID-19 public health emergency and to avoid the need for counsel and Mr. Volino to travel to Manhattan.  We jointly request that, if convenient for the Court, the sentencing hearing be scheduled for the week of June 15, 2020.

      Respectfully submitted,

/s/ Christina Brown         /s/ Edward Kim
Christina Brown         Edward Kim
Antitrust Division         Krieger Kim & Lewin LLP
United States Department of Justice         Counsel for Peter Volino