# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: __6/5/2020__

May 28, 2020

By ECF

The Honorable Valerie E. Caproni  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:    *United States v. Peter Volino*, 19 Cr. 814 (VEC)

Dear Judge Caproni:

     We represent Peter Volino, the defendant in the above-referenced case. We write jointly with the government to request that Mr. Volino's sentencing, which is scheduled for June 18, 2020 at 11:00 am, proceed via videoconference in light of the ongoing pandemic. Mr. Volino, who is not detained, will be able to participate and consents to proceeding remotely.

Respectfully submitted,  
KRIEGER KIM & LEWIN LLP

By: _____  
Edward Y. Kim  
Jonathan F. Bolz

Application DENIED.

Sentencing is adjourned to **July 14, 2020, at 2:00 p.m.**  
The Court hopes that sentencing will be able to  
proceed in-person at the courthouse by that time.

SO ORDERED.

6/5/2020

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE