# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

July 16, 2020

<u>By ECF</u>

The Honorable Valerie E. Caproni  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

    Re: *United States v. Peter Volino*, 19 Cr. 814 (VEC)

Dear Judge Caproni:

  We represent Peter Volino, the defendant in the above-referenced case. On July 14, 2020 Your Honor sentenced Mr. Volino principally to a sentence of time served, three years of supervised release (the first six months of which are to be served under home confinement), and a fine of $100,000. We write to respectfully request that the Court authorize the return of Mr. Volino's passport and passport card, which he surrendered to Pretrial Services on November 14, 2019 as a condition of bail. Pretrial Services has informed us that they require a Court order to release these documents.

  The government has no objection to this request.

               Respectfully submitted,  
               KRIEGER KIM & LEWIN LLP

            By: */s/ Edward Y. Kim*  
               Edward Y. Kim  
               Jonathan F. Bolz

cc: All counsel of record (via ECF)