

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

**MEMO ENDORSED**

July 16, 2020

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:____7/17/2020____ |

By ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    *United States v. Peter Volino*, 19 Cr. 814 (VEC)

Dear Judge Caproni:

We represent Peter Volino, the defendant in the above-referenced case.  On July 14, 2020 Your Honor sentenced Mr. Volino principally to a sentence of time served, three years of supervised release (the first six months of which are to be served under home confinement), and a fine of $100,000.  We write to respectfully request that the Court authorize the return of Mr. Volino's passport and passport card, which he surrendered to Pretrial Services on November 14, 2019 as a condition of bail.  Pretrial Services has informed us that they require a Court order to release these documents.

The government has no objection to this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By:  _____
Edward Y. Kim
Jonathan F. Bolz

cc:    All counsel of record (via ECF)

Application GRANTED.

SO ORDERED.

7/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE